**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASANI JOHN,<br><br>        Petitioner,<br><br>    v.<br><br>J. DOERER,<br><br>        Respondent. | Case No. 2:24-cv-09416-RGK-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: 9/29/2025

*Gary Klausner* (signature)

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE